IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAMAR KEMP                                                                                           PLAINTIFF

v.                                            CASE NO. 6:17-cv-06084

CORRECT CARE SOLUTIONS, INC., *et al*.                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 22, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Marschewski recommends that Plaintiff's Motion for Preliminary Injunction (ECF No. 24) be denied. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Marschewski's Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Preliminary Injunction (ECF No. 24) is **DENIED**.

**IT IS SO ORDERED**, this 19th day of March, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge