IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAMAR KEMP                                                                                          PLAINTIFF

v.                                          Civil No.6:17-cv-06084

DR. NANNETTE VOWELL                                                                   DEFENDANTS

**ORDER**

Before the Court is a Joint Motion to Substitute Party filed by Plaintiff and Defendant. (ECF No. 100). Plaintiff Lamar Kemp and Defendant Dr. Nannette Vowell ask the Court to substitute Wellpath, LLC, as the real party in interest for Dr. Nannette Vowell. The motion also states that Plaintiff agrees and stipulates to dismiss his claims against "all other parties, including Dr. Nannette Vowell, with prejudice, each party to bear its own costs." *Id.*

The parties' Joint Motion to Substitute Party (ECF No. 100) is **GRANTED**. The Clerk is DIRECTED to substitute Wellpath, LLC for Defendant Dr. Nannette Vowell. In accordance with the agreement of the parties, all claims against Dr. Nannette Vowell are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED this 18th day of September 2019**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE